# MICHAEL D. MONTEMARANO, P.A.
*Attorney and Counsellor at Law*

10630 LITTLE PATUXENT PARKWAY
SUITE 146
COLUMBIA, MARYLAND  21044
(410) 992-0067
FAX (410) 992-6915
email: montemarano67@gmail.com

August 14, 2014

**VIA CM/ECF**
The Honorable Timothy J. Sullivan
United States Magistrate Judge
United States Courthouse
101 West Lombard Street
Baltimore, MD 21201

      RE:    *United States v. Cornell Brown*
             No. 14-1807-TJS
             Preliminary hearing deadline waiver

Dear Judge Sullivan:

      Pursuant to the defense's discussions with Ms. Mittal on behalf of the government and with my client's agreement, please accept this letter as notice in satisfaction of F.R.Cr.P. 5.1(d).  Mr. Brown will not assert his right to a preliminary hearing within fourteen days per F.R.Cr.P. 5.1(c), without prejudice to his right to request such hearing at some point in the future.  This letter also indicates the defense's consent and the parties' mutual stipulation to the existence of good cause for such general continuance.

      Thank you for your attention to this.

                                       Very truly yours,

                                       /s/

                                       Michael D. Montemarano

MDM/ap

cc:     Seema Mittal, Esq., AUSA